## JOSIAH BELLOWS AND DAVID STONE *versus* OLIVER WILLIAMS

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Continued *p. 260; (2) stricken from docket *p. 272.
PAPERS IN FILE: [None]
*1821 Calendar,* MS p. 28.

Note: In 1817 an action of trespass on the case (assumpsit) was commenced by Bellows and Stone, surviving partners of Richard H. Jones & Co., against Oliver Williams, surviving partner of Oliver Williams & Co., in the County Court of Wayne County (case 278). The county court file contains: (1) precipe; (2) capias and return; (3) declaration and plea; (4–5) subpoenas.

## UNITED STATES *versus* WILLIAM LITTLE

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Continued *p. 261; (2) dismissed *p. 324.
PAPERS IN FILE: (1) Precipe for habeas corpus and certiorari; (2) writ of habeas corpus; (3) writ of certiorari; (4) transcript of county court record; (5) copy of indictment; (6) sheriff's bill of fees.
*1821 Calendar,* MS p. 48.

Note: See case 933, *infra.* Paper 5 is printed herein. (Selected Papers, *infra,* case 864)